UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-61107-CIV-ZLOCH

STEVEN I. WEISSMAN,

    Plaintiff,

vs.

                                                                                         O R D E R

THE NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC., a
Delaware not for profit
corporation, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Steven Weissman's Motion To Certify Defendant's Interlocutory Appeal As Frivolous And To Direct Discovery To Proceed (DE 53). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that "[d]enial of a substantial claim of absolute immunity is an order appealable before final judgment, for the essence of absolute immunity is its possessor's entitlement not to have to answer for his conduct in a civil damages action." Ellis v. Coffee County Bd. of Registrars, 981 F.2d 1185, 1189 (11th Cir. 1993). Plaintiff asks the Court to circumvent this well settled principle based upon a court created doctrine enabling district courts to declare an appeal as frivolous. See Andre v. Castor, 963 F. Supp. 1169 (M.D. Fla. 1997). The Court notes, however, that the doctrine, when applied at all, is usually employed when an appeal is filed for the purpose of delay, and particularly when the merits of the question appealed have not been reached by the district court. See Andre, 963 F. Supp. at 1170.

The Court notes that Defendants have filed a Notice Of Appeal (DE 48) of its prior Order (DE 34) denying their assertion of absolute immunity. In said Order (DE 34), the Court reached the merits of Defendants' assertions. The Court further finds that Defendants' Appeal (DE 48) arises not from an attempt at delay, but from the novel nature of Plaintiff's claims.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff Steven Weissman's Motion To Certify Defendant's Interlocutory Appeal As Frivolous And To Direct Discovery To Proceed (DE 53) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _31st_ day of March, 2006.

```
                              WILLIAM J. ZLOCH
                              Chief United States District Judge
```

Copies furnished:

Steven I. Weissman, Esq., Pro Se

Betty G. Brooks, Esq.
David S. Mandel, Esq.
For Defendants